UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

| | | |
|---|---|---|
| JACQUELINE ROSA, | : | HONORABLE ESTHER SALAS, U.S.D.J. |
| Plaintiff, | : | Civil Action No.: 2:18-cv-15534 |
| v. | : | REMOVED FROM THE SUPERIOR COURT OF NEW JERSEY, LAW |
| BOROUGH OF LEONIA, ET AL., | : | DIVISION, HUDSON COUNTY DOCKET NO.: HUD-L-607-18 |
| Defendants. | : | (CONSOLIDATED) |

_____

| | | |
|---|---|---|
| STATE OF NEW JERSEY DEPARTMENT OF TRANSPORTATION, | : | **NOTICE OF MOTION TO REMAND** |
| | : | |
| Plaintiff-Intervenor, | : | |
| v. | : | |
| | : | *Oral Argument Requested* |
| BOROUGH OF LEONIA, NEW JERSEY, | : | |
| Defendant. | : | |

_____

**PLEASE TAKE NOTICE** that the State of New Jersey Department of Transportation ("NJDOT") will move before the Honorable Esther Salas, U.S.D.J., on December 17, 2018, for an order remanding this case to the Superior Court of New Jersey, Law Division, Hudson County.

In support of this motion, the NJDOT respectfully relies on the attached brief and exhibits.

-1-

The NJDOT respectfully requests oral argument regarding this motion.

        Respectfully submitted,

        GURBIR S. GREWAL
        ATTORNEY GENERAL OF NEW JERSEY

By:   s/ Philip J. Espinosa
       Philip J. Espinosa
       Deputy Attorney General
       R.J. Hughes Justice Complex
       25 Market Street
       P.O. Box 114
       Trenton, New Jersey 08625
       (609) 376-3300
       Attorney for the State of New Jersey Department of Transportation

Dated: November 16, 2018