

| | *State of New Jersey* | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 114<br>TRENTON, NJ 08625-0114 | GURBIR S. GREWAL<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHELLE L. MILLER<br>*Director* |

November 16, 2018

***Via Electronic Filing***
Honorable Esther Salas, U.S.D.J.
Martin Luther Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:  Jacqueline Rosa v. Borough of Leonia, et al.
           Civil Action No. 2:18-cv-15534

    ***Motion to Remand Filed By the State of New Jersey Department of Transportation***
    ***Motion Return Date: December 17, 2018***

Dear Judge Salas:

    We represent the State of New Jersey Department of Transportation ("NJDOT") in this case. With regard to the motion to remand to state court that we electronically filed today, the conclusion of the NJDOT's brief inadvertently included a reference to attorney fees and costs. To clarify, the NJDOT is not seeking the award of attorney fees and costs in connection with its motion to remand.

    Thank you.



Respectfully yours,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY


By: <u>/s Philip J. Espinosa</u>
Philip J. Espinosa
Deputy Attorney General

Cc: Brian M. Chewcaskie, Esq. (via electronic filing)
Ruby Kumar-Thompson, Esq. (via electronic filing)
Jacqueline Rosa, Esq. (via email)
Donald A. Klein, Esq. (via email)