# WEINER LAW GROUP LLP

629 Parsippany Road
Parsippany, New Jersey 07054
P (973) 403-1100 F (973) 403-0010
www.weiner.law

**DONALD A. KLEIN**
Member of the Firm

dklein@weiner.law

November 21, 2018

**Via ECF**
The Honorable Esther Salas, U.S.D.J.
United States District Court, District of New Jersey
M.L. King Jr. Federal Building & Courthouse
Room 5076
50 Walnut Street
Newark, NJ 07102

      **Re:**   **Jacqueline Rosa v. Borough of Leonia, et al.**
             **Docket No: 2:18-cv-15534-ES-MAH**
             **Our File No: 22714**

Dear Judge Salas:

      We represent the City of Englewood in connection with the above-captioned matter. At the time the Borough of Leonia filed its Notice of Removal on October 31, 2018, the City of Englewood had filed a Motion to Intervene which was then pending. (A copy of the Motion and proposed Amended Complaint (asserting only state claims) has been attached to the Certification in Support of the Attorney General's Motion to Remand as Exhibit VV). On behalf of the City of Englewood, we join in the Attorney General's Motion to Remand this matter and have filed a Notice of Appearance for such purpose.

                    Respectfully submitted,

                    WEINER LAW GROUP LLP

                    By:    /s/ Donald A. Klein
                           Donald A. Klein
                           Member of the Firm

DAK:
cc:   Brian M. Chewcaskie, Esq. (w/o enclosure) (Via ECF)
     Ruby Kumar-Thompson, Esq. (w/o enclosure) (Via ECF)
     Philip J. Espinosa, Deputy Attorney General (w/o enclosure) (Via ECF)
     Jacqueline M. Rosa, Esq. (w/o enclosure) (Via ECF)
1524427