

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 114
TRENTON, NJ 08625-0114

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

January 30, 2019

*Via Electronic Filing*
Honorable Esther Salas, U.S.D.J.
Martin Luther Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:   Jacqueline Rosa v. Borough of Leonia, et al.
           Civil Action No. 2:18-cv-15534

          *Motion to Remand Filed By the State of New Jersey Department of Transportation*
          *Motion Return Date: January 7, 2019*

Dear Judge Salas:

     We represent the State of New Jersey Department of Transportation ("NJDOT") in this case. With regard to the NJDOT's pending motion to remand to state court, this is to respectfully advise Your Honor that the Borough of Leonia ("Leonia") has filed a notice of appeal with the Superior Court of New Jersey, Appellate Division, of the NJDOT's final agency decision of December 4, 2018 (NJDOT Ex. AAA) concerning the NJDOT's review of Leonia's Ordinance Nos. 2018-14, 2018-15 and 2018-17 (NJDOT Ex. CC, DD and UU).

     Thank you.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-3300 • FAX: (609) 943-5853
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Respectfully yours,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By: <u>s/ Philip J. Espinosa</u>
Philip J. Espinosa
Deputy Attorney General

cc: All Counsel of Record (via electronic filing)