Not for Publication

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JACQUELINE M. ROSA, | : |
| Plaintiff, | : |
| v. | : |
| BOROUGH OF LEONIA, et al. | : |
| Defendants. | : |

Civil Action No. 18-15534 (ES) (MAH)

ORDER

SALAS, DISTRICT JUDGE

This matter having come before the Court on Intervenor Plaintiff State of New Jersey Department of Transportation's ("NJDOT") motion to remand (D.E. No. 3); and the City of Englewood and Plaintiff Jacqueline Rosa joining in on NJDOT's motion (D.E. Nos. 5 & 7); and on February 21, 2019, the Honorable Michael A. Hammer, United States Magistrate Judge, having issued a Report and Recommendation (the "R&R") that the Undersigned grant NJDOT's motion to remand (D.E. No. 15); and the Court having received no objections; and the Court having considered the parties' submissions and the R&R; and for the reasons stated in the R&R,

IT IS on this 20th day of March 2019,

**ORDERED** that the R&R (D.E. No. 15) is ADOPTED; and it is further

**ORDERED** that NJDOT's motion to remand (D.E. No. 3) is GRANTED; and it is further

**ORDERED** that NJDOT's request for attorneys' fees and costs is DENIED, and it is further

**ORDERED** that this matter be REMANDED to the Superior Court of New Jersey, Law Division, Hudson County; and it is further

**ORDERED** that the Clerk of Court CLOSE this case.


*s/Esther Salas*
**Esther Salas, U.S.D.J.**