UNITED STATES DISTRICT COURT
for the District of New Jersey [LIVE]
Newark, NJ

JACQUELINE M. ROSA

                              Plaintiff,

v.                                             Case No.: 2:18−cv−15534−ES−MAH

                                                       Judge Esther Salas

BOROUGH OF LEONIA, et al.

                              Defendant.

Clerk, Superior Court of New Jersey
Hudson County Administration Building
595 Newark Avenue
Jersey City, NJ 07306

State No: HUD−L−000607−18

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                            Very truly yours,

                                                            William T. Walsh, Clerk
                                                            By Deputy Clerk, dam

encl.
cc: All Counsel